1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10
11   EVELYN DELGADO,                        CASE NO. 06cv2063-L (NLS)
12                          Plaintiff,      **ORDER**
                                            **(1) ADOPTING REPORT AND**
13                                          **RECOMMENDATION OF UNITED**
         vs.                                **STATES MAGISTRATE JUDGE;**
14                                          **(2) DENYING PLAINTIFF'S**
                                            **MOTION FOR REMAND OR**
15                                          **REVERSAL;**
                                            **(3) GRANTING DEFENDANT'S**
16   MICHAEL J. ASTRUE, Commissioner of     **CROSS-MOTION FOR SUMMARY**
     Social Security                        **JUDGMENT;**
17                                          **(4) AFFIRMING THE DECISION OF**
                            Defendant.      **THE COMMISSIONER OF SOCIAL**
18                                          **SECURITY**
19

20        Plaintiff filed the instant action for judicial review of denial of her application for

21   social security disability benefits.  She subsequently filed a motion for reversal and/or

22   remand, requesting reversal of the Administrative Law Judge's ("ALJ") denial of her

23   application for benefits.  The Commissioner filed a cross-motion for summary judgment.

24   The case was referred to United States Magistrate Judge Nita L. Stormes for a report and

25   recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule

26   72.1(c)(1)(c).

27        Plaintiff alleged she became disabled due to knee pain, including a tear in the outer

28   half of the meniscus, shoulder pain, including partial tear in a tendon, and degenerative disc

disease in the cervical spine.  Plaintiff claimed that the denial of benefits was not based on substantial evidence, was arbitrary and that the ALJ should have further developed the record.  Upon review of the record and the parties' motion papers, Judge Stormes recommended denying Plaintiff's motion and granting the Commissioner's cross-motion.  Specifically, she found the ALJ's finding of no disability was based on substantial evidence and the circumstances did not require the ALJ to further develop the record.  Neither Plaintiff nor the Commissioner filed objections to the report and recommendation.

A district judge "may accept, reject, or modify the recommended decision" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of  the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some lesser review by the district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), cert. denied, 540 U.S. 900 (2003) (emphasis in original).

Accordingly, in the absence of any objections, the report and recommendation is **ADOPTED**.  It is hereby further **ORDERED** as follows:

    1.  Plaintiff's motion for remand and/or reversal is **DENIED**.

    2.  The Commissioner's motion for summary judgment is **GRANTED**.

    3.  The Commissioner's decision to deny benefits is **AFFIRMED**.

    **IT IS SO ORDERED**.

DATED:  August 22, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06cv2063